UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA ANN STRONG,

Plaintiff,

v.

GENERAL MOTORS FLINT
ASSEMBLY, *et al.*,

Defendants.

Case No. 25-12593
Honorable Shalina D. Kumar
Magistrate Judge Elizabeth A. Stafford

## ORDER STRIKING PLAINTIFF'S AMENDED RESPONSE
### (ECF NO. 111)

Plaintiff Barbara Ann Strong, proceeding pro se, sues Defendants General Motors Flint Assembly and UAW 598 for various employment-based claims.  ECF No. 1.  The Honorable Shalina D. Kumar referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 6.

Without obtaining leave, Strong has filed an amended response opposing defendants' motions to dismiss.  ECF No. 111.  The Local Rules do not permit parties to amend their filings without leave of court.  *Simmons v. Cnty. of Wayne*, No. 22-11953, 2023 WL 9133210, at *3 (E.D. Mich. Sept. 11, 2023) (citing *O'Mara v. Comm. Mental Health of Washtenaw*

*Cnty.*, No. 21-12278, 2022 WL 6581110, at *1, n.1 (E.D. Mich. Aug. 8, 2022)). Thus, the Court **STRIKES** Strong's improper filing. ECF No. 111.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: June 22, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 22, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager